**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Lisa Messina,<br><br>              Plaintiff,<br>      vs.<br>City of Phoenix,<br><br>              Defendant. | No. CV-07-0969-PHX-PGR<br><br>ORDER |

IT IS ORDERED that the plaintiff's Motion to Continue Scheduling Conference (doc. #9) is granted to the extent that the Scheduling Conference set for October 15, 2007 is vacated and is reset to **Monday, December 10, 2007, at 1:30 p.m.,** in Courtroom 601.  The Joint Case Management Report shall be filed no later than November 26, 2007.

IT IS FURTHER ORDERED that the plaintiff shall serve a copy of this order on the defendant.

DATED this 17th day of September, 2007.

Paul G. Rosenblatt
United States District Judge