**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa Messina,<br><br>      Plaintiff,<br>vs.<br><br>City of Phoenix,<br><br>      Defendant. | No. CV-07-0969-PHX-PGR<br><br>ORDER |

The parties having filed a Stipulation for Dismissal With Prejudice (doc. #103) which is sufficient to automatically effectuate the dismissal of this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) without the necessity of a court order, <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 and n.4 (9th Cir. 1986),

IT IS ORDERED that the Clerk of the Court shall terminate this action.

DATED this 21st day of April, 2009.

Paul G. Rosenblatt
United States District Judge